**Motion Granted in Part; Order filed April 2, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00062-CV

_____

## IN THE INTEREST OF A.M., L.C.L. AND M.M., CHILDREN

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-03785J**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellant is represented by appointed counsel, Roberto M. Hinojosa. Appellant's brief was originally due February 27, 2019. We granted a 30-day extension to file appellant's brief until March 29, 2019. When we granted the extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On March 27, 2019, counsel filed a further request for extension of time to file appellant's brief

requesting an additional 45 days to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). This accelerated schedule requires greater compliance with briefing deadlines.

We grant in part the request for extension and order Roberto M. Hinojosa to file a brief with the clerk of this court on or before **April 19, 2019**. If counsel does not timely file appellant's brief as ordered, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

Appellant's motion discloses the name of a minor's parent in a parental-termination case. *See* Tex. R. App. P. 9.8. Any further filings that do not comply with Rule 9.8 will be struck.


PER CURIAM


Panel Consists of Justices Christopher, Hassan, and Poissant.